UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

EVART ENTERPRISES, INC.,  

        Plaintiff,

    -versus-                             **RULE 7.1**
                                             **STATEMENT**

GENTLEMEN'S VIDEO, INC., MICHAEL
ESPOSITO, individually and in his corporate
capacity, SCOTT ESPOSITO, individually and
in his corporate capacity,

        **Defendants.**

------------------------------------------------------------x



    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrates of the Court to evaluate disqualification or recusal, the undersigned counsel for defendant EVART ENTERPRISES INC., (a private non-governmental entity), certifies that 100% of its stock is held privately and that EVART ENTERPRISES INC. is not a parent, affiliate or subsidiary of a publicly held corporation.

Dated: New York, New York
       June 7, 2007

                              Yours, etc.

                              QUIRK AND BAKALOR, P.C.

                              BY: _____
                              H. NICHOLAS GOODMAN (HG7446)
                              Attorneys for Plaintiff
                              EVART ENTERPRISES, INC.,
                              845 Third Avenue
                              New York, New York 10022
                              (212) 319-1000

TO:    GENTLEMEN'S VIDEO, INC.
21638 Lassen Street
Chatsworth, California 91311
(818) 700-7785

MICHAEL ESPOSITO
11618 Killmore Avenue
Northridge, California 91326
(818) 368-2790

SCOTT ESPOSITO
18552 Clark Street, Apartment 17
Tarzana, California 91356
(818) 705-5702

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Index No. _____ Year _____

EVART ENTERPRISES, INC.,

                Plaintiff,

-against-

GENTLEMEN'S VIDEO, INC., MICHAEL ESPOSITO, individually and in his corporate capacity, SCOTT ESPOSITO, individually and in his corporate capacity,

Civil Action No.:
06 Civ. 3583 (LBS)

## RULE 7.1 STATEMENT

**QUIRK AND BAKALOR, P.C.**

*Attorney(s) for* Plaintiff

*Office and Post Office Address, Telephone*

845 Third Avenue
NEW YORK, NEW YORK 10022
(212) 319-1000

To

Attorney(s) for

Signature (Rule 130-1.1-a)

_____
Print name beneath

Service of a copy of the within is hereby admitted.

Dated: _____

**PLEASE TAKE NOTICE:**

☐ **NOTICE OF ENTRY**

that the within is a *(certified)* true copy of a
duly entered in the office of the clerk of the within named court on

☐ **NOTICE OF SETTLEMENT**

that an order
will be presented for settlement to the HON.
within named Court, at
on           at           M.

of which the within is a true copy
one of the judges of the

Dated,

                          Yours, etc.

                    **QUIRK AND BAKALOR, P.C.**