```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
EVART ENTERPRISES, INC.,                 :
                           Plaintiff,    :
                                         :
         -v-                             :
                                         :   07 Civ. 5441 (DLC)
GENTLEMEN'S VIDEO, INC., MICHAEL         :
ESPOSITO, individually and in his        :        ORDER
corporate capacity, and SCOTT ESPOSITO,  :
individually and in his corporate        :
capacity,                                :
                           Defendants.   :
                                         :
-----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/15/07

DENISE COTE, District Judge:

The Court has accepted the above-captioned case as related to Evart Enterprises, Inc. v. Gentlemen's Video, Inc. et al., No. 06 Civ. 13207 (DLC). The Court recently referred case number 06 Civ. 13207 (DLC) to Magistrate Judge Eaton for purposes of settlement and post-judgment proceedings. For the sake of judicial economy, it is hereby

ORDERED that the Clerk of Court shall assign Evart Enterprises, Inc. v. Gentlemen's Video, Inc. et al., No. 07 Civ. 5441 (DLC), to Magistrate Judge Eaton.

IT IS FURTHER ORDERED that Evart Enterprises, Inc. v. Gentlemen's Video, Inc. et al., No. 07 Civ. 5441 (DLC), is referred to Magistrate Judge Eaton for general pretrial

purposes.

    SO ORDERED:

Dated:    New York, New York
          June 15, 2007

                                      DENISE COTE
                              United States District Judge