**Dated: 6/27/2007**

                        By:      **<u>Kristin Cox</u>**