UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X

EVART ENTERPRISES, INC.,                                :

                        Plaintiff,                 :         Docket No. 07 CV 5441
                                                      (DLC) (DFE)

   - against -                                            :

GENTLEMEN'S VIDEO, INC., et al.,              :         **NOTICE OF MOTION**

                      Defendants.                 :

----------------------------------------------------------------X

      **PLEASE TAKE NOTICE,** that upon the annexed declaration of Edward S.

Rudofsky, dated the 27th day of July, 2007, and the accompanying memorandum of law,

the undersigned will move the Court, on the 27th day of August, 2007, at 9:30 A.M. or as

soon thereafter as the matter may be heard, at the Courthouse, 500 Pearl Street, New

York, New York  10007, for an Order dismissing the above-captioned action pursuant to

F.R.Civ.P. 12(b)(6), and granting defendants such other, further and different relief as is

just, necessary and proper.

Dated:      New York, New York
             July 27, 2007

                        Yours, etc.,

                        **ZANE and RUDOFSKY**
                        *Attorneys for Defendants*
                        The Starrett Lehigh Building
                        601 West 26th Street, # 1111
                        New York, NY  10001
                        (212) 245-2222

           By: _____
                Edward S. Rudofsky (ER-9037)

TO:    **QUIRK AND BAKALOR, P.C.**
       *Attorneys for Plaintiff*
       845 Third Avenue
       New York, NY 10022-6601
       (212) 319-1000