# EXHIBIT "B"



**Copyright**
United States Copyright Office

# Recordation of Transfers and Other Documents

Whether or not a copyrighted work has been registered with the U.S. Copyright Office, owners of these works often enter into agreements that affect their ownership rights. They may authorize others to use their works, even giving someone else control over ways in which a work is used. Documents pertaining to agreements regarding copyrights may be recorded in the Copyright Office. Recording a document is voluntary in most cases. However, the law encourages document recordation by conferring certain legal advantages, including priority between conflicting transfers and "constructive notice" if certain requirements are met. Any document pertaining to a copyright may be recorded as long as the person submitting it complies with the procedures set forth in this publication. The requirements for certain types of documents are not covered by this publication. These documents include notices of termination, visual arts registry, shareware registry, online service provider designation of agent, identification of anonymous/pseudonymous authors, author death statements, and others. Also, documents filed with the Licensing Division of the Copyright Office are not covered by this circular.

This publication explains how to record a document with the Copyright Office. The Copyright Office is a federally designated agency of record that is authorized by law to maintain official records relating to copyright. These records are available for public inspection. When a document is recorded, the Copyright Office maintains a true and accurate copy of it that can be accepted by a court of law as authentic evidence of the original. A description of each recorded document, including party names, titles of works, heading notes, and other information, is added to a catalog that lists all recorded documents. The copy of the recorded document and the catalog are available for public inspection. The Copyright Office does not enforce agreements that are in recorded documents. Although the Copyright Office has minimum requirements that must be satisfied for a document to be recorded, such as being complete by its own terms, the Office does not determine whether documents satisfy legal requirements that are necessary for the documents to be effective or enforced against the parties.

The Copyright Office has designed a form, a Document Cover Sheet, to accompany any document submitted for recordation. Use of the Document Cover Sheet is optional. Although it may be used to satisfy the sworn certification requirement described below, the Copyright Office relies on the actual document and its component parts, not the information provided in the form, for creating a catalog entry that identifies parties or titles of works affected by the document. The Document Cover Sheet is not a form to be used for transferring or making statements about copyrights. A separate transfer or other document must be submitted.

circular 12

Start

© 12.0706

Whoever submits a document with or without a cover sheet is solely responsible for verifying the sufficiency of the document. Recording a document submitted with or without a cover sheet does not constitute a determination by the Copyright Office of the document's validity or effect. Only a court may make such determinations.

Documents submitted for recordation should not be in the form of a letter to the Copyright Office because this Office cannot make transfers of copyright ownership. Rather, the Office serves as an office of public record of transfers.

- *Notarization of Certificate of Acknowledgement:* A valid transfer need not be notarized or otherwise accompanied by a certificate of acknowledgement. However, a notarization or certificate of acknowledgment is prima facie evidence of the execution of the transfer if:

  1  In the case of a transfer executed in the United States, the certificate is issued by a person authorized to administer oaths within the United States; *or*

  2  In the case of a transfer executed in a foreign country, the certificate is issued by a diplomatic or consular officer of the United States or by a person authorized to administer oaths whose authority is proved by the certificate of such a diplomatic or consular officer or by a competent foreign authority pursuant to the provisions of the 1961 Hague Convention Abolishing the Requirement of Legalization for Foreign Public Documents.

### Documents Pertaining to a Copyright

A document is considered to "pertain to a copyright" if it has a direct or indirect relationship to the existence, scope, duration, or identification of a copyright, or to the ownership, division, allocation, licensing, transfer, or exercise of rights under a copyright. That relationship may be past, present, future, or potential.

*Examples:* Exclusive and nonexclusive licenses, contracts, mortgages, powers of attorney, certificates of change of corporate title, wills, and decrees of distribution.

The work to which the document pertains may be either published or unpublished, and registration for the work need not have been made before recordation.

## Indexing Is Based on Information in the Document

Information in the catalog record is taken *directly from the document.* Documents, including officially certified documents, that do not contain identification of specific titles of copyrighted works will be cataloged as "no titles given." Titles will not be recorded from the Document Cover Sheet or from pages that were not part of the document as executed. Likewise, parties to a transfer must be identified in the document, and the document must be signed by the party making the transfer. Therefore, parties and titles should be clearly identified in the document, or in a schedule, appendix, or other attachments to the document, other than the Document Cover Sheet.

## Copyright Office Does Not Examine Documents for Legal Sufficiency

The Copyright Office does not attempt to judge the legal sufficiency or to interpret the content of any document submitted for recordation. It does not screen the document for errors or discrepancies. It does not screen the documents for content and does not generally correspond with the remitter about the sufficiency of the document.

Parties are therefore cautioned to review and scrutinize any document to assure its legal sufficiency before submitting it to the Copyright Office for recordation. The Copyright Office will record the document, but recordation may be without legal effect unless the remitter has prepared the document in a way that satisfies applicable legal requirements.

## What to Submit to Record a Document

**NOTE:** To be recorded, a document must

1  Have an original signature (or proper certification of photocopy);
2  Be complete by its own terms;
3  Be legible;
4  Be accompanied by the correct fee.

Any transfer of copyright ownership or other document pertaining to a copyright may be recorded in the Copyright Office if the document meets the following requirements:

1  The document must bear the actual signature or signatures of the person or persons who executed (signed) the document. If a photocopy of the original signed document is submitted, it must be accompanied by a sworn or official certification. The certification must state that the attached reproduction is a true copy of the original signed document.

    The certification must be either a "sworn certification" or an "official certification."

a  A *sworn certification* is used with a document that requires no validation by, nor filing in, a public office.

   The sworn certification must communicate that the attached reproduction is a true copy of the original signed document, and the sworn certification must be signed by one of the parties to the document or by an authorized representative of that person. Sworn certifications may be issued by a notary or other person authorized to administer oaths. As an alternative to a notarized certification, the following statement is acceptable: *"I declare under penalty of perjury that the accompanying document is a true and correct copy of the original document. Executed on _____ ."*
<sub>DATE</sub>

**NOTE:** A notary public's signature certifying that the photocopy is a true copy *is not acceptable*. The signatory must be one of the parties to the document or an authorized representative of that person.

The Document Cover Sheet may be used for the sworn certification. An acceptable statement is preprinted at space 7.

b  An *official certification* is used with a document that requires validation by, or filing in, a public office.

   An official certification is a certification by the appropriate government official that the original of the document is on file in a public office and that the reproduction submitted is a true copy of the original.

**NOTE:** You must submit an *original* official certification. A photocopy of an official certification is *not* acceptable.

*and*

2  The document must be complete by its own terms. That is, a document that contains a reference to any schedule, appendix, exhibit, addendum, or other material as being attached or made a part of it is recordable only if the attachment is submitted for recordation with the document.

*and*

3  The document must be legible and capable of being reproduced in legible imaged copies.

*and*

4  The document must be accompanied by the recording fee as prescribed in the law. Bank drafts must be drawn on or payable through a U.S. bank.

c  In the case of multiple title documents, titles that are repeated in documents will be counted as a single title, *except* where the document lists different issues,

volumes, chapters, or installments following the title. Each such entry will be regarded as a separate title and will be indexed separately and counted separately for purposes of computing the recordation fee. This procedure for computing the fee on multiple title documents is effective July 1, 1998.

   *Example* of multiple titles for which a separate fee is charged:

   "Fan Club News," vol. 1, no. 3 (June 1981)
   "Fan Club News," vol. 1, no. 4 (July 1981)
   "Fan Club News," vol. 1, no. 5 (August 1981)

**\*NOTE:** Copyright Office fees are subject to change. For current fees, please check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000. Additional titles after the first, including variant titles for the same work, are charged an additional fee for each group of 10 or fewer. The fee is based on the number of titles in a document, not the number of works.

## Documents Will Be Returned Unrecorded If:

1  The document does not have an original signature or proper certification.

2  The document submitted is not capable of being reproduced legibly.

3  The document is incomplete by its own terms.

4  The document is marked as an Exhibit, unless the person requesting recordation asserts that the document is sufficiently complete as it stands.

5  The complete recordation fee is not submitted.

6  It is unclear to the Documents Recordation Section whether the document is to be recorded.

7  The document is submitted to this Office in error.

## Mechanics of Recording Transfers or Other Documents

The date of recordation is the date when the written document in proper form and the proper fee are received in the Copyright Office.

   *A written document is in proper form when*

1  It contains the proper signature or signatures;

2  It is complete by its own terms; and

3  It is capable of being imaged.

## Background

### What Copyright Is

Copyright is a form of protection provided by the laws of the United States to the authors of "original works of authorship," including literary, dramatic, musical, artistic, and certain other intangible works. This protection is available for both published and unpublished works.

### Exclusive Rights

The initial owner of copyright generally has the exclusive right

- To reproduce the work in copies or phonorecords
- To prepare derivative works based upon the work
- To distribute copies or phonorecords of the work to the public by sale or other transfer of ownership, or by rental, lease, or lending
- In the case of literary, musical, dramatic, and choreographic works, pantomimes, and motion pictures and other audiovisual works, to perform the work publicly
- In the case of literary, musical, dramatic, and choreographic works, pantomimes, and pictorial, graphic, or sculptural works, including the individual images of a motion picture or other audiovisual work, to display the work publicly
- In the case of sound recordings, to perform the work publicly by means of certain digital audio transmissions

### Owner of Copyright

Only those deriving their rights through the author can own copyright in the work. The author may transfer all or part of the copyright to someone else. Copyright protection exists from the time the work is created and fixed in some tangible form. The copyright immediately becomes the property of the author upon fixation. In the case of a work having more than one author, the authors are co-owners of the copyright, unless there is an agreement to the contrary. In the case of a work made for hire, the employer, not the employee, is presumed to be the author.

A copyright may also be conveyed by operation of law and may be bequeathed by will or pass at the death of the copyright owner as personal property by the applicable laws of intestate succession.

### Divisibility of Copyright

Any or all of the exclusive rights of the copyright owner, or any subdivision of those rights, may be transferred separately. However, the transfer of any exclusive right is not valid unless the transfer is in writing and signed by the owner of the rights conveyed (or the owner's duly authorized agent). The transfer of a nonexclusive right does not require a written document, but a written document may afford priority to the licensee in certain situations.

## What May Be Recorded

A document that transfers copyright ownership or any other document pertaining to a copyright may be recorded in the Copyright Office if the document filed for recordation bears the actual signature of the person who executed it, or if the document is accompanied by a sworn or official certification that it is a true copy of the original signed document. 17 USC 205(a).

### Transfers

A "transfer of copyright ownership" is an assignment, mortgage, grant of an exclusive license, transfer by will or intestate succession, or any other change in the ownership of any or all the exclusive rights in a copyright, whether or not it is limited in time or place of effect. It does not include a nonexclusive license. A transfer of exclusive rights, other than by operation of law, is not valid unless an instrument of conveyance (for example, contract, bond, or deed) or a note or memorandum of the transfer is in writing and is signed by the owner of the rights conveyed or the owner's duly authorized agent. The Copyright Office does not make or in any way participate in the making of transfers of copyright ownership, but it will record a document of transfer after it has been executed by the parties. No special forms for documents and notarization are necessary for recordation. The following information should be noted:

- *Forms:* Although the use of the Document Cover Sheet is optional, it is designed to facilitate recordation of documents. The form is available in this circular and is also available on the Copyright Office website.

  Where the Document Cover Sheet is used, two copies of the cover sheet should accompany each document. Information provided in the cover sheets should be typed or printed. When completed, the cover sheet should contain the information requested so that the Copyright Office can process the document and return it. Any cover sheets submitted will be recorded with the document as part of the official recordation. A document cannot be recorded unless it satisfies the recordation requirements set out in copyright law, regulations, and Copyright Office practices. See subsequent sections on "Documents Will Be Returned Unrecorded If:" and "What to Submit to Record a Document."

Documents sent to the Documents Recordation Section for recordation are first screened, and nonrecordable documents are returned before fees are accepted in the Office. Documents accepted for recordation are verified, numbered, cataloged, and imaged for the public record. They are indexed in the Copyright Office online records under the names of the parties and the titles they contain. Registrations for all works dating from January 1, 1978, are available in the online Copyright Office catalog (1978–present).The original document is returned to the sender with a certificate of recordation bearing the date of recordation and the volume and document number identifying the recorded document.

Registrations for all works dating from January 1, 1978, are available in the online Copyright Office catalog (1978–present). The original is returned to the sender with a certificate of record bearing the date of recordation and the volume and document number identifying the recorded document.

Documents are available for public viewing in the Copyright Card Catalog. The Copyright Card Catalog is open to the public from 8:30 AM to 5:00 PM, eastern time, Monday through Friday, except federal holidays. It is located in the Copyright Office, James Madison Memorial Building, 101 Independence Avenue SE, Washington, DC.

## Mailing Instructions

Recordations, transfers of copyright, and other documents pertaining to a copyright should be submitted to:

> *Library of Congress*
> *Copyright Office*
> *Documents Recordation Section*
> *101 Independence Avenue SE*
> *Washington, DC 20559-6000*

## Advantages of Recordation

While the recordation of a transfer or document pertaining to a copyright is not mandatory, there are several advantages to recordation. These include:

- Under certain conditions, recordation establishes priorities between conflicting transfers, or between a conflicting transfer and a nonexclusive license.

- Recordation establishes a public record of the contents of the transfer or document.

- Recordation of a document in the Copyright Office provides the advantage of "constructive notice," a legal concept meaning that members of the public are deemed to have knowledge of the facts stated in the document and cannot claim otherwise. Section 205 of the Copyright Act says that recordation of a document in the Copyright Office gives all persons constructive notice of the facts stated in the recorded document, but only if

1  The document or material attached to it specifically identifies the work to which it pertains so that, after the document is indexed by the Register of Copyrights, it would be revealed by a reasonable search under the title (or registration number) of the work;

*and*

2  Registration has been made for the work.

Recordation may be required to perfect a security interest, according to case law.

## Public Access to Document Records

Requests for copies of recorded documents should be addressed to:

> *Library of Congress*
> *Copyright Office*
> *Certifications and Documents Section*
> *101 Independence Avenue SE*
> *Washington, DC 20559-6000*
> TEL: (202) 707-6787
> FAX: (202) 707-6859 (*for deposit account holders only*)

Inspection and copying of completed records and indexes relating to a registration or a recorded document and inspection of copies or identifying material deposited in connection with a completed copyright registration may be undertaken in the Certifications and Documents Section upon payment of the appropriate fee. Since some of the materials are not stored on the immediate premises of the Copyright Office, it is advisable to consult with the Certifications and Documents Section in advance to determine the length of time necessary to produce the required materials.

Requests for searches of recordations in the completed catalogs and indexes of the Copyright Office should be addressed to:

> *Library of Congress*
> *Copyright Office*
> *Reference and Bibliography Section*
> *101 Independence Avenue SE*
> *Washington, DC 20559-6000*
> TEL: (202) 707-6850
> FAX: (202) 707-6859 (*for deposit account holders only*)

6 · Recordation of Transfers and Other Documents

## Copyright Office Catalog Records Available over the Internet

Copyright Office records in machine-readable form from January 1, 1978, to the present, including registration and renewal information and recorded documents, are available for searching from the Copyright Office website at *www.copyright.gov*. Images of registration applications and recorded documents are not available over the Internet.

## Documents Not Covered by This Circular

The filing or recordation of the following documents is not covered by this circular, and other requirements may apply:

1  Certain contracts entered into by cable systems located outside the 48 contiguous states. [17 *USC* 111(e); see 37 *CFR* 201.12]

2  Notices of Identity and Signal Carriage Complement, and Statements of Account of cable systems. [17 *USC* 111(d); see 37 *CFR* 201.11 and 201.17]

3  Statements of account of satellite carriers. [17 *USC* 119(b); see 37 *CFR* 201.11]

4  Notices and statements of account submitted for distribution of digital audio recording equipment and media. [17 *USC* chapter 10, 1003-1004; see 37 *CFR* 201.27 and 201.28]

5  Original signed notices of intention to obtain a compulsory license to make and distribute phonorecords of nondramatic musical works. [17 *USC* 115(b); see 37 *CFR* 201.18]

6  License agreements and terms and rates of royalty payments voluntarily negotiated between one or more public broadcasting entities and certain owners of copyright. [17 *USC* 118; see 37 *CFR* 201.9]

7  Notices of termination. [17 *USC* 203, 304(c), 304(d); see 37 *CFR* 201.10]

8  Statements regarding the identity of authors of anonymous and pseudonymous works and statements relating to the death of authors. [17 *USC* 302]

9  Notices of Intent to Enforce filed under the URAA. [17 *USC* 104(a), 109(b), chapter 11]

10  Documents pertaining to the removal of works of visual art from buildings. [17 *USC* 113(d)]

11  Documents pertaining to transfers of Mask Works. [17 *USC* 903(c)]

For information on recording shareware, contact the Documents Recordation Section at the address given above under "Mailing Instructions."

## Relevant Statutory Provisions from Title 17 of the *United States Code*

### Section 101

**§ 101. Definitions**

A "joint work" is a work prepared by two or more authors with the intention that their contributions be merged into inseparable or interdependent parts of a unitary whole.

A "transfer of copyright ownership" is an assignment, mortgage, exclusive license, or any other conveyance, alienation, or hypothecation of a copyright or of any of the exclusive rights comprised in a copyright, whether or not it is limited in time or place of effect, but not including a nonexclusive license.

### Section 204

**§ 204. Execution of transfers of copyright ownership**

(a) A transfer of copyright ownership, other than by operation of law, is not valid unless an instrument of conveyance, or a note or memorandum of the transfer, is in writing and is signed by the owner of the rights conveyed or such owner's duly authorized agent.

(b) A certificate of acknowledgement is not required for the validity of a transfer but is *prima facie* evidence of the execution of the transfer if—

   (1) in the case of a transfer executed in the United States, the certificate is issued by a person authorized to administer oaths within the United States; or

   (2) in the case of a transfer executed in a foreign country, the certificate is issued by a diplomatic or consular officer of the United States, or by a person authorized to administer oaths whose authority is proved by a certificate of such an officer.

### Section 205

**§ 205. Recordation of transfers and other documents**

(a) *Conditions for Recordation.*—Any transfer of copyright ownership or other document pertaining to a copyright may be recorded in the Copyright Office if the document filed for recordation bears the actual signature of the person who executed it, or if it is accompanied by a sworn or official certification that it is a true copy of the original, signed document.

(b) *Certificate of Recordation.* — The Register of Copyrights shall, upon receipt of a document as provided by subsection (a) and of the fee provided by 17 USC 708, record the document and return it with a certificate of recordation.

(c) *Recordation As Constructive Notice.* — Recordation of a document in the Copyright Office gives all persons constructive notice of the facts stated in the recorded document, but only if —

(1) the document, or materials attached to it, specifically identifies the work to which it pertains so that, after the document is indexed by the Register of Copyrights, it would be revealed by a reasonable search under the title or registration number of the work; and

(2) registration has been made for the work.

(d) *Priority Between Conflicting Transfers.* — As between two conflicting transfers, the one executed first prevails if it is recorded, in the manner required to give constructive notice under subsection (c), within 1 month after its execution in the United States or within 2 months after its execution outside the United States, or at any time before recordation in such manner of the later transfer. Otherwise the later transfer prevails if recorded first in such manner and if taken in good faith, for valuable consideration or on the basis of a binding promise to pay royalties, and without notice of the earlier transfer.

(e) *Priority Between Conflicting Transfer of Ownership and Nonexclusive License.* — A nonexclusive license, whether recorded or not, prevails over a conflicting transfer of copyright ownership if the license is evidenced by a written instrument signed by the owner of the rights licensed or such owner's duly authorized agent, and if —

(1) the license was taken before execution of the transfer; or

(2) the license was taken in good faith before recordation of the transfer and without notice of it.

## For Further Information

### Information via the Internet

Circulars, announcements, regulations, other related materials, and all copyright application forms are available from the Copyright Office website at *www.copyright.gov*.

### Information by telephone

For general information about copyright, call the Copyright Public Information Office at (202) 707-3000. The TTY number is (202) 707-6737. Staff members are on duty from 8:30 AM to 5:00 PM, eastern time, Monday through Friday, except federal holidays. Recorded information is available 24 hours a day. Or, if you know which application forms and circulars you want, request them 24 hours a day from the Forms and Publications Hotline at (202) 707-9100. Leave a recorded message.

### Information by regular mail

Write to:

> *Library of Congress*
> *Copyright Office*
> *Publications Section*
> *101 Independence Avenue SE*
> *Washington, DC 20559-6000*

8 · Recordation of Transfers and Other Documents

U.S. Copyright Office · Library of Congress · 101 Independence Avenue SE · Washington, DC 20559-6000 · www.copyright.gov

CIRCULAR 12   REV: 07/2006   PRINT: 07/2006—••,000   Printed on recycled paper                    U.S. Government Printing Office: 2006-••••••/••,•••

#  Document Cover Sheet · Basic Information

**Read all of the instructions below before completing this form. Use of the Document Cover Sheet is optional but encouraged.**

**When to use this form** Use the Document Cover Sheet when you are submitting a document for recordation in the U.S. Copyright Office.

**Mailing requirements** It is important to send the original cover sheet and one copy of the cover sheet for each document that is being submitted for recordation. The two copies of the Document Cover Sheet, the document, and the fee must be sent together in the same envelope or package. The Copyright Office cannot process them unless they are received together. Send to: *Library of Congress, Copyright Office, Documents Recordation Section, 101 Independence Avenue SE, Washington, DC 20559-6000*

Cover sheets should be typed or printed and should contain the information requested so that the Copyright Office can process the document and return it. Be sure to complete space 8 so that the recorded document can be returned. The Copyright Office will process the document based on the information in the document or an attachment that is part of the document. Information for indexing will not be taken from the Document Cover Sheet or attachments that were *not* part of the document when it was executed (signed). To be recorded, the document must satisfy the recordation requirements of the copyright law and Copyright Office regulations.

The person submitting a document with a cover sheet is solely responsible for verifying the correctness of the cover sheet and the sufficiency of the document. Recording a document submitted with or without a cover sheet does not constitute a determination by the Copyright Office of the document's validity or effect. Only a court may make such a determination.

When a Document Cover Sheet is submitted, it will be imaged with the document as part of the public record.

**PRIVACY ACT ADVISORY STATEMENT** (*Required by the Privacy Act of 1974 (P.L. 93-579)*): The authority for requesting this information is title 17 USC, sec. 205. Furnishing the requested information is voluntary. But if the information is not provided, it may be necessary to delay recordation.

The principal uses of the requested information are the establishment and maintenance of a public record and the evaluation for compliance with the recordation requirements of section 205 of the copyright code. Other routine uses include public inspection and copying, preparation of public indexes, preparation of public catalogs of copyright recordations, and preparation of search reports upon request.

NOTE: No other advisory statement will be given in connection with this application. Please keep this statement and refer to it if we communicate with you regarding this cover sheet.

## Space-by-Space Instructions

**Space 1: First party given in the document** This information is only used to connect the Document Cover Sheet and the document if they become separated. No information is entered in the catalog record from this space.

**Space 2: First title given in the document** This information is only used to connect the Document Cover Sheet and the document if they become separated. No information is entered in the catalog record from this space.

**Space 3: Total number of titles in the document** The total number of titles (including a.k.a. and other variant titles of a work) determines the recordation fee. In the case of multiple title documents, titles that are repeated in documents are counted as a single title, except where the document lists different issues, volumes, episode numbers, etc. following each title. Each such entry is regarded as a separate title and will be indexed separately and counted separately when computing the fee for recording the document. The Copyright Office verifies title counts.

**Space 4: Amount of fee calculated** There is a basic fee for recording a document containing one title. There is an additional charge for each group of up to 10 additional titles. "Alternative" titles, "formerly-known-as" titles, and "also-known-as" titles are considered to be extra titles. Titles are counted by groups. If there are fewer than 10 titles in a group, the fee for a group still applies. Copyright Office fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000. Please remember that the fee is based on the number of titles in a document, not the number of works.

**Space 5: Fee enclosed** Check the appropriate box. If a Copyright Office deposit account is to be charged, give the Copyright Office deposit account number and name. The Office only accepts domestic money orders and checks payable through a U.S. bank with American Bankers Association routing numbers. International and postal money orders are not accepted.

**Space 6: Completeness of document** Check the appropriate box. Please read the "Important note"if checking "Record 'as is.'" All documents recorded under §205 of the Copyright Act must be complete by their own terms to be recorded. Notices of termination recorded under §203, §304(c), and §304(d) must be complete and exact duplicates of the notices as served. Please refer to Copyright Office regulations in Chapter 37 CFR §201.4 and §201.10 and Circular 12, *Recordation of Transfers and Other Documents*, for more information.

**Space 7: Certification of photocopied documents** Complete this section only if submitting a photocopied document in lieu of a document bearing the actual original signature. If a photocopy of the original signed document is submitted, it must be accompanied by a sworn certification. A sworn certification signed by at least one of the parties to the document or that party's authorized representative (who is identified as such at space 7) will satisfy that requirement. The date entered in the date field should be the date you sign the Document Cover Sheet. Copies of documents on file in a federal, state, or local government office must be accompanied by an original official certification.

**Space 8: Return to** Give the name and address of the person to whom the recorded document should be returned. The Copyright Office does not maintain paper files of recorded documents. The documents are imaged and returned to the person or firm designated in this space. Please include telephone number, fax number, and email address in case we need to contact you.



# Document Cover Sheet
**UNITED STATES COPYRIGHT OFFICE**

Copyright Office fees are subject to change.
For current fees check the Copyright Office website at
*www.copyright.gov*, write to the Copyright Office,
or call (202) 707-3000.

**For Recordation of Documents**

Volume _____     Document _____

Volume _____     Document _____

Date of recordation   M _____   D _____   Y _____
                              (ASSIGNED BY THE COPYRIGHT OFFICE)

Funds received _____

**DO NOT WRITE ABOVE THIS LINE · SEE INSTRUCTIONS ON REVERSE**

To the Register of Copyrights: *Please record the accompanying original document or properly certified copy thereof.*

**1**  First party name given in the document   _____
                                               (IMPORTANT: *Please read Instruction for this and other spaces.*)

**2**  First title given in the document   _____

**3**  Total number of titles in the document   _____

**4**  Amount of fee calculated   _____

**5**  Fee enclosed   ☐ Check   ☐ Money order
                     ☐ Fee authorized to be charged to Copyright Office deposit account

       Deposit account number   _____

       Deposit account name   _____

**6**  Completeness of document   ☐ Document is complete by its own terms   ☐ Document is not complete. Record "as is."

       **IMPORTANT NOTE:** *A request to record a document "as is" under 37 CFR §201.4(c)(2) is an assertion
       that: (a) the attachment is completely unavailable for recordation; (b) the attachment is not
       essential to the identification of the subject matter of the document; and (c) it would be impossible
       or wholly impracticable to have the parties to the document sign or initial a deletion of the reference
       to the attachment.*

**7**  Certification of Photocopied Document   Complete this certification if a photocopy of the original signed document is substituted for a
       document bearing the actual original signature.
       **NOTE:** *This space* may not *be used for documents that require an official certification.*

       **I declare under penalty of perjury that the accompanying document is a true and correct copy
       of the original document. Executed on _____ .**
                                                     DATE

       Signature _____

       Duly authorized agent of _____

**8**  Return to:   Name _____

                    Number/street _____   Apt/suite _____

                    City _____   State _____   Zip _____

                    Phone number _____   Fax number _____

                    Email _____

**SEND TO:** *Library of Congress, Copyright Office, Documents Recordation Section, 101 Independence Avenue SE, Washington, DC 20559-6000*
**INCLUDE ALL THESE TOGETHER:** (1) Two copies of this form; (2) payment from a deposit account or by check/money order payable to *Register of
Copyrights*; and (3) your document.