# EXHIBIT "C"

 **Search Records Results**

Registered Works Database (Registration Number Search)
**Search For:**

PA-153-829 (COHM)

| | |
|---|---|
| Title: | A Scent of Heather / produced by Bill Eagle ; directed by Philip Drexler , Jr. |
| Imprint: | N. Y. [i.e. New York] : Atlas Films, c1980. |
| Description: | 1 videocassette (VHS) (99 min.) : sd., col. ; 1/2 in. |
| Note: | Deposit includes synopsis (2 p.) |
| Claimant: | Praexis Productions, generally known alternate known designation for Atlas Films, Inc. |
| Created: | 1980 |
| Published: | 3Dec80 |
| Registered: | 12Nov82 |
| Author on © Application: | acAtlas Films, Inc., whose pseud. is Praexis Productions, employer for hire. |
| Special Codes: | 4/X/N |
| Cross Reference: | acPraexis Productions. SEE Atlas Films, Inc. |

[ Conduct Another Search ]

Home | Contact Us | Legal Notices | Freedom of Information Act (FOIA) | Library of Congress

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000