# EXHIBIT "D"

Case 1:07-cv-05441-DLC   Document 7-6   Filed 07/27/2007   Page 1 of 2

**Copyright** | Search Records Results

Registered Works Database (Registration Number Search)
**Search For:**

PA-102-588 (COHM)

| | |
|---:|:---|
| Title: | That lucky stiff / produced and directed by Chuck Vincent. |
| Imprint: | [s.l. : s.n.], c1980. |
| Description: | 1 videocassette (Betamax) (ca. 84 min.) : sd., col. ; 1/2 in. |
| Note: | Presented by Robert Sumner. |
| | Deposit includes advertising flyer (4 p.) |
| Motion pictures, major cast members: | Randy West, Ron Hudd, Kandy Barbour et al. |
| Motion pictures, credits: | Screenplay by Chuck Vincent; cinematography by Larry Revene; edited by Martha Udell (on flyer: Martha Ubell) & John Christopher. |
| Claimant: | Mature Pictures Corporation |
| Name in © Notice: | notice: Mature Pix |
| Created: | 1981 |
| Published: | 1Apr81 |
| Registered: | 14Apr81 |
| Date in © Notice: | notice: 1980 |
| Author on © Application: | writing, production, direction: Chuck Vincent, employer for hire. |
| Miscellaneous: | C.O. corres. |
| Special Codes: | 4/X/L |
| Cross Reference: | cMaturepix. SEE Mature Pix. |

Conduct Another Search

Home | Contact Us | Legal Notices | Freedom of Information Act (FOIA) | Library of Congress

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000