UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

EVART ENTERPRISES, INC.,                    :

                Plaintiff,           :      Docket No. 07 CV 5441
                                                      (DLC) (DFE)

  - against -                                :

GENTLEMEN'S VIDEO, INC., et al.,            :      **PROOF OF SERVICE**

                Defendants.         :

------------------------------------------------------------X

       **EDWARD S. RUDOFSKY**, an attorney duly admitted to practice law in the State of New York, hereby affirms the following to be true under the penalty of perjury:

       On the 27th day of July, 2007, I served the within Notice of Motion, Supporting Declaration and accompanying Memorandum of Law upon:

                **QUIRK AND BAKALOR, P.C.**
                *Attorneys for Plaintiff*
                845 Third Avenue
                New York, NY 10022-6601
                (212) 319-1000

by First Class Mail by depositing true and accurate copies of same in a postage prepaid, properly addressed, sealed wrapper in a mail depository under the exclusive care and custody of the United States Postal Service.

Dated:  New York, New York
           July 27, 2007

                                                            _____
                                                            Edward S. Rudofsky