```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/12/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
EVART ENTERPRISES, INC.,             :
                      Plaintiff,     :
                                     :
          -v-                        :
                                     :   07 Civ. 5441 (DLC)
GENTLEMEN'S VIDEO, INC., MICHAEL     :
ESPOSITO, individually and in his    :   ORDER
corporate capacity, and SCOTT ESPOSITO, :
individually and in his corporate    :
capacity,                            :
                      Defendants.    :
                                     :
-------------------------------------X

DENISE COTE, District Judge:

On July 27, 2007, the defendants moved to dismiss the plaintiff's complaint. On August 24, the plaintiff filed an amended complaint. In light of the amended complaint, it is hereby

ORDERED that the defendants' motion to dismiss is denied as moot.

SO ORDERED:

Dated:   New York, New York
         September 11, 2007

                              _____
                                     DENISE COTE
                              United States District Judge