# ZANE AND RUDOFSKY
*Attorneys and Counsellors at Law*

THE STARRETT LEHIGH BUILDING
601 WEST 26TH STREET
NEW YORK 10001

(212) 245-2222

FAX (212) 541-5555 • VOICEMAIL (212) 541-4444
E-MAIL info@zrlex.com • WEBSITE http://www.zrlex.com

October 8, 2007

Via Fax # (212) 805-6181

Hon. Douglas F. Eaton, U.S.M.J.
Southern District of New York
500 Pearl Street
New York, New York 10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:
> DATE FILED: 10/9/07

OCT - 9 2007

Re: Evart Enterprises v. Gentlemen's Video
07 Cv 5441 (DLC; DFE)

Dear Judge Eaton:

Counsel have conferred and wish to advise Your Honor that we have agreed that the time to <u>serve defendants' motion to dismiss or stay</u> the above-referenced action should be extended to from October 8, 2007 to October 12, 2007, and <u>plaintiff's time to oppose said motion</u> should be reciprocally <u>extended</u> from November 2, 2007 to November 6, 2007. The date for service of defendants' reply papers has not been extended.

We would appreciate and request that Your Honor "so order" this modified briefing schedule.

Thank you.

*10/9/07 - I grant this request.*
*Douglas F. Eaton*

Respectfully,

*Edward S. Rudofsky*

Cc: H. Nicholas Goodman, Esq.
   Attorney for Plaintiff
   (Via E-Mail)

# ZANE AND RUDOFSKY
*Attorneys and Counsellors at Law*

THE STARRETT LEHIGH BUILDING
601 WEST 26TH STREET
NEW YORK 10001
(212) 245-2222
FAX (212) 541-5555

## *Fax*

DATE: OCTOBER 8, 2007   NUMBER OF PAGES INCLUDING THIS PAGE: 2
TIME: 4:15 PM

| PLEASE DELIVER THE FOLLOWING TO: | FAX: |
|---|---|
| HON. DOUGLAS F. EATON, U.S.M.J.<br>SOUTHERN DISTRICT OF NEW YORK | (212) 805-6181 |

FROM:   EDWARD S. RUDOFSKY

CLIENT:

MATTER:   EVART ENTERPRISES V. GENTLEMEN'S VIDEO

THIS FAX IS ALSO BEING SENT VIA:
☐ E-MAIL ☐ FIRST-CLASS MAIL ☐ EXPRESS MAIL ☐ HAND DELIVERY ☐ UPS/FEDEX/DHL

MESSAGE:

IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE CALL (212) 245-2222 AND ASK FOR: DEBRA UGO.

THIS TRANSMISSION IS ONLY FOR THE USE OF THE DESIGNATED RECIPIENT. IT MAY CONTAIN PRIVILEGED, CONFIDENTIAL AND/OR PROPRIETARY MATTER EXCEPT FROM DISCLOSURE UNDER LAW. ANY DISSEMINATION, PUBLICATION OR COPYING OF THIS TRANSMISSION IS STRICTLY PROHIBITED. IF YOU RECEIVE THIS TRANSMISSION IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY BY TELEPHONE TO ARRANGE FOR THE RETURN OF THE DOCUMENTS. THANK YOU.