# EXHIBIT "B"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
EVART ENTERPRISES, INC.,

        Plaintiff,

    -versus-

GENTLEMEN'S VIDEO, INC., MICHAEL
ESPOSITO, individually and in his corporate
capacity, SCOTT ESPOSITO, individually and
in his corporate capacity, RIGHT ASCENSION,
INC., DATA CONVERSIONS, INC., ABSTINENCE
NOW LIMITED INC., EAST MEDIA GROUP, INC.
and VIHARA VIDEO, INC.,

        Defendants.
-------------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/13/07
```

06 CV 13207 (DLC)

## CONSENT ORDER AND PERMANENT INJUNCTION

The Court, having read and considered the Settlement Agreement (the "Agreement"), duly executed by Plaintiff EVART ENTERPRISES, INC. ("EVART"), and Defendants GENTLEMEN'S VIDEO, INC., MICHAEL ESPOSITO, individually and in his corporate capacity, and SCOTT ESPOSITO, individually and in his corporate capacity (collectively referred to herein as "GENTS"), and good cause appearing, hereby ORDERS AND DECREES:

    1.    Defendants, GENTLEMEN'S VIDEO, INC, its officers and/or directors, including MICHAEL ESPOSITO and SCOTT ESPOSITO, together with their agents, employees, and those acting in concert with them who have actual knowledge of this Consent Order and Permanent Injunction, are hereby permanently enjoined and restrained from doing any of the following:

a. Manufacturing, copying, duplicating, or knowingly selling, renting, distributing, performing or otherwise disposing of any unauthorized videocassette or videodisc copies of "The Golden Age of Porn: Annie Sprinkles Volume 1" and "The Golden Age of Porn: Annie Sprinkles Volume 2;" and

b. Infringing EVART's exclusive rights under copyright with respect to Copyright Registration PA-153-828 for the motion picture titled "Deep Inside Annie Sprinkle;" and

c. Infringing EVART's exclusive rights under copyright in any motion picture duly copyrighted by Plaintiff or for which EVART owns exclusive distribution rights (hereinafter referred to as "Plaintiffs' Motion Pictures").

2. (a) GENTS shall deliver the "Recall Notice" annexed hereto as Exhbit "A" to each and every one of its customers, copy to EVART. GENTS shall serve and file an affidavit of compliance within thirty (30) days hereof;

(b) GENTS shall ship to EVART, freight prepaid, all videodiscs, videotapes, computer files and DVDs of the motion pictures "The Golden Age of Porn: Annie Sprinkles Volume 1" and "The Golden Age of Porn: Annie Sprinkles Volume 2" returned to GENTS by its customers pursuant to the "Recall Notice," along with all such videodiscs, videotapes, computer files and DVDs currently in GENTS' possession (or hereafter discovered by GENTS to be in its possession). Plaintiff may dispose of all such videodiscs, videotapes, computer files and DVDs as it deems appropriate.

(c) Provided and on condition that GENTS discharges its recall obligations pursuant to this Consent Order and Permanent Injunction in good faith, it shall not be held responsible for any act or omission of any of its customers.

3. All claims, counterclaims and other requests for relief in this action are hereby dismissed with prejudice as against Defendants GENTLEMEN'S VIDEO, INC., MICHAEL ESPOSITO, individually and in his corporate capacity, and SCOTT ESPOSITO, individually and in his corporate capacity pursuant to the terms contained herein and the Settlement Agreement dated January 30, 2007, signed and executed between the parties.

4. The Court shall retain jurisdiction of the within action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and/or enforce the provisions of this Consent Order and Permanent Injunction and Settlement Agreement.

ZANE and RUDOFSKY

By: _____
Edward S. Rudofsky (ER-9037)
Attorney for defendants
GENTLEMEN'S VIDEO, INC.,
MICHAEL ESPOSITO, individually
and in his corporate capacity,
SCOTT ESPOSITO, individually and
in his corporate capacity
601 West 26th Street
New York, New York 10001
(212)245-2222

QUIRK and BAKALOR, P.C.

By: _____
H. Nicholas Goodman (HG7446)
Attorney for Plaintiff
EVART ENTERPRISES INC.
845 Third Avenue
New York, New York 10022
(212)319-1000

_____
United States District Judge

Dated: Feby 13, 2007

CLERK OF THE COURT

By: _____

**THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON** _____