# EXHIBIT "D"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

EVART ENTERPRISES, INC.,                          :

                                Plaintiff,    : 06 CV 13207 (DLC)

            - against -                                :

GENTLEMEN'S VIDEO, INC., et al.,                  : **AFFIDAVIT OF COMPLIANCE**

                            Defendants.   :

---------------------------------------------------------------X

STATE OF CALIFORNIA    )
                            : ss.:
COUNTY OF LOS ANGELES )

MICHAEL ESPOSITO, having first been duly sworn, deposes and says as follows:

1. I am the President of Gentlemen's Video, Inc. ("Gents")

2. The Recall Notice required by paragraph 2(a) of the Permanent Injunction in this action, a copy of which is annexed hereto and incorporated herein by reference, has been sent to every customer of Gents as required by the Injunction.

3. Specifically, Gents has included a copy of the Recall Notice in every order shipped by Gents since January 31, 2007.

4. To date, Gents has sent not less than 2,100 copies of the Recall Notices to customers utilizing the methodology described above.

1

5. To the best of my knowledge, information and belief, because of the recurring nature of Gents business (the same distributors and stores ordering from us each month, month-after-month) including a copy of the Recall Notice in every order shipped by Gents is the most efficient and logical way of making sure that every customer who actually or is likely to have purchased a copy of either one of Gents' Motion Pictures within the past ~~six (6) months~~ five (5) years receives a copy of the Recall Notice.

_____
Michael Esposito

Sworn to before me this
29 day of March, 2007

_____
Notary Public
GREGORY MILNE
"Notary Public"

GREGORY MILNE
Commission # 1608223
Notary Public - California
Los Angeles County
My Comm. Expires Oct 18, 2009

2

# **RECALL NOTICE**

Pursuant to an Order of the U.S. District Court for the Southern District of New York, we are hereby **recalling** all copies of "**The Golden Age of Porn: Annie Sprinkles Volume 1**" and "**The Golden Age of Annie Sprinkles Volume 2**" ("**Recalled Movies**") purchased from us. Certain versions of the Recalled Movies inadvertently contain unlicensed copyrighted material.

Upon receipt of this notice, please immediately ship all copies of the **Recalled Movies** purchased from us, and still in your possession (or hereafter discovered by you to be in your possession), to us, freight postpaid by us, at the following address:

Gentlemen's Video
21638 Lassen Street
Chatsworth, CA 91311

We apologize for any inconvenience caused by this Recall and hereby offer to **replace all copies of these movies returned to us, at our expense, with copies of any other movies which we currently offer for sale, at no charge to you.** Please include your order for replacement merchandise together with your shipment to us, and we shall send the replacements to you at our expense.

**Please note that anyone knowingly retaining or selling copies of the Recalled Movies after receipt of this Recall Notice is liable to suit for copyright infringement.**

If you have any questions concerning any aspect of this Recall Notice, please contact Michael or Scott Esposito, or your salesman, at 888-399-9480.

We thank you in advance for your prompt attention to this matter and anticipated cooperation, and look forward to providing you with the finest in adult content material for many years to come.

Gentlemen's Video, Inc.

February 1, 2007