# EXHIBIT "F"

# ZANE AND RUDOFSKY
*Attorneys and Counsellors at Law*

THE STARRETT LEHIGH BUILDING
601 WEST 26TH STREET
NEW YORK 10001

(212) 245-2222

FAX (212) 541-5555 • VOICEMAIL (212) 541-4444
E-MAIL info@zrlex.com • WEBSITE http://www.zrlex.com

June 6, 2007

*VIA FedEx®*

Hon. Denise L. Cote, U.S.D.J.
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: Evart Enterprises, Inc. v. Gentlemen's Video, Inc., et al.
SDNY Docket No. 06 CV 13207 (DLC)

Dear Judge Cote:

We represent defendants Gentlemen's Video, Inc., Michael Esposito and Scott Esposito in the referenced action and write to request a conference with the Court in regard to plaintiff's claims of post-judgment infringements and proposed commencement of a new action against defendants.

As Your Honor knows, the above-referenced action was commenced in November, 2006, and was promptly settled by the parties in February, 2007, pursuant to a Settlement Agreement and Consent Order and Permanent Injunction.

Plaintiff's counsel notified the undersigned by letter dated March 29, 2007 of certain alleged violations of the Settlement Agreement and Consent Order and Permanent Injunction. A copy of that letter is annexed as Exhibit "A" hereto.

After investigation of the matters set forth in plaintiff's counsel's letter of March 29, 2007, I responded on behalf of defendants by letter dated April 26, 2007, a copy of which is annexed as Exhibit "B" hereto, in which I detailed the steps taken by defendants to comply with the Settlement Agreement and Consent Order and Permanent Injunction.

Further discussion between counsel, unfortunately did not lead to a resolution of the present dispute, and counsel for plaintiff has now requested that we accept service of a Summons and Complaint commencing a second suit.

ZANE AND RUDOFSKY

      We do not share the view of plaintiff's counsel that a second suit is necessary or appropriate at this time. To the contrary, it is our strong belief that defendants have made good-faith efforts to comply with the previous settlement and to address plaintiff's current concerns. Accordingly, we feel that a conference with the Court is appropriate, with a view toward referring any unresolved matters to mediation, so that we can avoid further litigation between the parties.

      We thank the Court in advance for its consideration of this request.

                                      Respectfully,

                                      Edward S. Rudofsky

Enclosure a/s

Cc:   H. Nicholas Goodman, Esq.
        Quirk and Bakalor, P.C.
        Attorneys for Plaintiff