# EXHIBIT "G"

## Edward S. Rudofsky

**From:** Nick Goodman [ngoodman@quirkbakalor.com]
**Sent:** Friday, August 03, 2007 2:17 PM
**To:** Edward S. Rudofsky
**Subject:** Evart v. Gents

Ed,

I am in receipt of your motion to dismiss. I am in the process of drafting a letter to you by which I will ask to you to withdraw the motion for a number of reasons, both legal and factual, including most importantly the existence of the written contracts by which the two copyrights at issue were acquired from Atlas Films, Inc. and Mature Pictures, Inc. I hope to deliver that letter to you on Monday.

Meanwhile, once again your clients' monthly $2,000.00 payment is late. It would be nice if the Espositos would simply comply with the Settlement Agreement in a timely manner. Please cause the check to be delivered on Monday.

Finally, be advised that I am available for a conference before Magistrate Eaton any day next week. Thereafter, I will not be available again until August 22.

Nick

10/12/2007