UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------X

EVART ENTERPRISES, INC.,                    :

                        Plaintiff,        :        Docket No. 07 CV 5441
                                                 (DLC) (DFE)

   - against -                              :

GENTLEMEN'S VIDEO, INC., et al.,            :        **PROOF OF SERVICE**

                    Defendants.        :

--------------------------------------------------------------X

      DIANE YODICE, hereby declares under the penalty of perjury that:

    1.     On the 12th day of October, 2007, I served the within Notice of Motion To Dismiss Or Stay Action, upon H. Nicholas Goodman, Esq., via e-mail at his following e-mail address:

                  **QUIRK AND BAKALOR, P.C.**
                  *Attorneys for Plaintiff*
                  845 Third Avenue
                  New York, NY 10022-6601
                  (212) 319-1000
                  ngoodman@quirkbakalor.com

    2.     On the 12th day of October, 2007, I served the within Notice of Motion To Dismiss Or Stay Action, upon H. Nicholas Goodman, Esq., via first-class mail at the following address:

H. Nicholas Goodman, Esq.
Quirk And Bakalor, P.C.
845 Third Avenue
New York, New York 10022

by depositing a true and accurate copy of same in a postage prepaid, properly addressed,

sealed wrapper in a mail depository under the exclusive care and custody of the United

States Postal Service.

Dated:   New York, New York
       October 12, 2007

                                   Diane Yodice