UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

EVART ENTERPRISES, INC.,                      :

                          Plaintiff,       :       Docket No. 07 CV 5441
                                             (DLC) (DFE)

   - against -                                  :

GENTLEMEN'S VIDEO, INC., et al.,              :       **PROOF OF SERVICE**

                         Defendants.      :

------------------------------------------------------------X

     DIANE YODICE, hereby declares under the penalty of perjury that:

     1.    On the 12th day of October, 2007, I served the within Memorandum Of Law In Support Of Defendants' Motion To Dismiss Or Stay Action, upon H. Nicholas Goodman, Esq., via e-mail at his following e-mail address:

                         **QUIRK AND BAKALOR, P.C.**
                         *Attorneys for Plaintiff*
                         845 Third Avenue
                         New York, NY 10022-6601
                         (212) 319-1000
                         ngoodman@quirkbakalor.com

     2.    On the 12th day of October, 2007, I served the within Memorandum Of Law In Support Of Defendants' Motion To Dismiss Or Stay Action upon H. Nicholas Goodman, Esq., via first-class mail at the following address:

2

       H. Nicholas Goodman, Esq.
       Quirk And Bakalor, P.C.
       845 Third Avenue
       New York, New York 10022

by depositing a true and accurate copy of same in a postage prepaid, properly addressed, sealed wrapper in a mail depository under the exclusive care and custody of the United States Postal Service.

Dated:   New York, New York
         October 12, 2007

                                                _____
                                                   Diane Yodice