## QUIRK AND BAKALOR, P.C.
### COUNSELORS AT LAW
### 845 THIRD AVENUE
### NEW YORK, N.Y. 10022-6601

(212) 319-1000
FAX (212) 319-0065

**WESTCHESTER OFFICE**
1299 NORTH AVENUE
NEW ROCHELLE, N.Y. 10804

RICHARD H. BAKALOR
STEPHEN R. BLUNDA
JEFFREY J. ELLIS
RICHARD M. FREIMAN †
SCOTT P. TAYLOR
H. NICHOLAS GOODMAN
TIMOTHY J. KEANE
LORETTA A. REDMOND
DOMINIC S. CURCIO
STEVEN A. LEE

ROBERT E. QUIRK
OF COUNSEL

† ALSO ADMITTED IN FLORIDA
†† ALSO ADMITTED IN NEW JERSEY
††† ALSO ADMITTED IN MASSACHUSETTS
§ ALSO ADMITTED IN MINNESOTA

DEBRA E. SEIDMAN
ANOUSHKA S. BAYLEY
BRIAN P. SENTON ††
DONNA H. BAKALOR §
LIZA R. FLEISSIG
GLORIA B. DUNN
DARA L. ROSENBAUM ††
CHARLES M. HENDERSON III ††

JOEL M. MAXWELL
ROBERT B. ACKER
JEANNE M. BOYLE ††
ROBERT M. NASH
KIRSTY J. ROGERS
CARTER A. REICH ††
WINSTON O. MARANJO

## **MEMO ENDORSED**

November 7, 2007

**Via Facsimile (212) 805-6181**
Honorable Douglas F. Eaton
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1360
New York, New York 10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 11/7/07

Re: **Evart Enterprises v. Gentlemen's Video, et al.**
07 Civ. 5441 (DLC) (DFE)
*This is an ECF case.*

Dear Magistrate Eaton,

This firm represents Plaintiff in the above referenced matter. Your Honor previously set and then revised a schedule for the service of papers on Defendants' motion to dismiss. By that schedule, Plaintiff's opposition papers were due yesterday, November 6, and Defendants' reply papers were due November 12, which was also the return date of the motion.

Unfortunately, I had to undertake a trip to Oakland, California, to attend to my elderly father over the past weekend and I was unable to complete Plaintiff's opposition papers by yesterday's deadline. I communicated this situation to Defendants' counsel Ed Rudofsky, Esq. who graciously consented to a brief adjustment of the motion schedule.

QUIRK AND BAKALOR, P.C.

At this time, the parties jointly request that the motion return date be extended to November 20, 2007, and that the time for Plaintiff to serve opposition papers be extended to and including November 13, 2007, and that Defendants' time to serve reply papers be extended to and including November 20, 2007.

We thank Your Honor for consideration and courtesy in this matter and look forward to hearing from you shortly.

Very truly yours,

H. Nicholas Goodman

cc.: Ed Rudofsky, Esq. (by electronic mail)

> 11/7/07 — I grant this request. There will be no oral argument unless Judge Cote calls for oral argument.
> Douglas F. Eaton

# MEMO ENDORSED