UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/18/07

------------------------------------------------x
EVART ENTERPRISES, INC.,

                Plaintiff,

          -versus-

GENTLEMEN'S VIDEO, INC., MICHAEL
ESPOSITO, individually and in his corporate
capacity, and SCOTT ESPOSITO, individually and
in his corporate capacity,

                Defendants.
------------------------------------------------x

07 Civ. 5441 (DLC)(DFE)

This is an ECF case.

**SCHEDULING ORDER**

DEC 1 4 2007

DOUGLAS F. EATON, United States Magistrate Judge:

    1. Defendants shall serve and file their answers to Plaintiff's First Amended Complaint on or before December 28, 2007.

    2. Any motion for leave to amend the pleadings or to add parties must be served and filed by January 25, 2008.

    3. All fact discovery must be commenced in time to be completed by March 14, 2008.

    4. The parties do not believe they will retain expert witnesses in this matter and therefore are not providing for expert disclosure, without prejudice to application to the Court should any party determine to retain an expert witness prior to March 14, 2008.

    5. Any dispositive motion must be served and filed by April 14, 2008. If the District Judge requires a pre-motion conference, then this is the deadline to request such a conference.

    6. If (and only if) no dispositive motion has been made, the joint pre-trial order, in a format that complies with the trial Judge's individual rules, must be filed by April 21, 2008;

Plaintiff must serve the sections of the pre-trial order for which it is responsible by April 14, 2008.

7. None of these deadlines will be extended except upon a showing of good cause. Any request for an extension must be made, by fax and by mail, at least <u>one week before</u> the deadline in question, and must state the other parties' positions concerning the proposed alternative date.

8. I will not "so order" any consent adjournment unless it complies with Paragraph 7 and tells me in writing the factual basis for the "good cause."

9. Pursuant to Rule 16(f), I may impose sanctions, including attorney's fees, if a party or a party's attorney fails to obey this scheduling order.

/s/ Douglas F. Eaton<br>
DOUGLAS F. EATON<br>
United States Magistrate Judge

Dated: New York, New York
       December 18, 2007

2