UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

EVART ENTERPRISES, INC., :

                        Plaintiff, :    Docket No. 07 CV 5441
                                        (DLC) (DFE)

   - against - :

GENTLEMEN'S VIDEO, INC., et al., :    **CORPORATE**
                                                 **DISCLOSURE**
                   Defendants. :    **STATEMENT**

------------------------------------------------------------X

        Pursuant to Rule 7.1, defendant GENTLEMEN'S VIDEO, INC. hereby states that it has no parent corporation and no publicly traded corporation owns any of its stock.

Dated:    New York, New York
            December 28, 2007

                                  Yours, etc.,

                                  **ZANE and RUDOFSKY**
                                  *Attorneys for Defendants*
                                  The Starrett Lehigh Building
                                  601 West 26th Street, # 1111
                                  New York, NY 10001
                                  (212) 245-2222

                          By:_____
                             Edward S. Rudofsky (ER-0037)