UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

EVART ENTERPRISES, INC., :

                Plaintiff, :  Docket No. 07 CV 5441
                                 (DLC) (DFE)

- against - :

GENTLEMEN'S VIDEO, INC., et al., :  **CORPORATE DISCLOSURE STATEMENT**

              Defendants. :

------------------------------------------------------------X

    Pursuant to Rule 7.1, defendant GENTLEMEN'S VIDEO, INC. hereby states that it has no parent corporation and no publicly traded corporation owns any of its stock.

Dated:    New York, New York
             December 28, 2007

                           Yours, etc.,

                           **ZANE and RUDOFSKY**
                           *Attorneys for Defendants*
                           The Starrett Lehigh Building
                           601 West 26th Street, # 1111
                           New York, NY 10001
                           (212) 245-2222

                By:_____
                      Edward S. Rudofsky (ER-0037)