# MEMO ENDORSED

**QUIRK AND BAKALOR, P.C.**
COUNSELORS AT LAW
845 THIRD AVENUE
NEW YORK, N.Y. 10022-6601

(212) 319-1000
FAX (212) 319-1065

RICHARD H. BAKALOR
STEPHEN R. BLUNDA
JEFFREY J. ELLIS
RICHARD M. FREIMAN †
SCOTT F. TAYLOR
H. NICHOLAS GOODMAN
TIMOTHY J. KEANE

LORETTA A. REDMOND
DOMINIC S. CURCIO
STEVEN A. LEE
DEBRA E. SEIDMAN
ANOUSHKA S. BAYLEY
BRIAN P. SEXTON ††
LIZA R. FLEISSIG

GLORIA H. DUNN
DARA L. ROSENBAUM ††
JOEL M. MAXWELL
ROBERT B. ACKER
JEANNE M. BOYLE ††
KIRSTY J. ROGERS

CARTER A. REICH ††
WINSTON O. MAKANJU
J. EDGAR A. ELUM
GLENDA Y. VILLAREAL
DANIEL B. BRUNK
JANET J. LEE

WESTCHESTER OFFICE
1299 NORTH AVENUE
NEW ROCHELLE, N.Y. 10801

ROBERT E. QUIRK
OF COUNSEL

† ALSO ADMITTED IN FLORIDA
†† ALSO ADMITTED IN NEW JERSEY

May 14, 2008

**Via Facsimile (212) 805-6181**
Honorable Douglas F. Eaton
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1360
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/20/08

Re:  **Evart Enterprises v. Gentlemen's Video, et al.**
     07 Civ. 5441

This firm represents plaintiff in the above referenced matter.

As you may be aware, on March 26, 2008, Defendants' counsel filed an Affidavit of Service indicating service of a Third-Party Complaint on Ed DePriest d/b/a "Ed DePriest Productions" by the "nail and mail" method. Service was therefore complete ten days after the filing of the Affidavit of Service, on April 7, 2008. Third-Party Defendant then had thirty days in which to appear. That thirty day period expired last week, on May 7, 2008. To date, Third-Party Defendant has not appeared and is in default.

In the interim, in order to avoid potential duplication of effort, the undersigned and Defendants' counsel agreed not to proceed with depositions in the main action pending the appearance of Third-Party Defendant. Now that Third-Party Defendant is in default, Plaintiff will complete document production and produce its witness for deposition. While Plaintiff reserves its right to depose Defendants, and to depose a non-party witness, at this time Plaintiff does not anticipate exercising those rights.

USDC SDNY
DATE SCANNED 5/20/08

# MEMO ENDORSED

QUIRK AND BAKALOR, P.C.

    Accordingly, counsel for Plaintiff and Defendants jointly request a brief adjustment of the discovery schedule entered on March 13, 2008, as follows: Fact Discovery due by 6/21/08; Dispositive motions due by 7/21/08; Joint Pre-Trial Order due by 7/31/08.

    We trust this schedule is acceptable to you and we thank you for your consideration of this request.

Very truly yours,

H. Nicholas Goodman

cc:   Edward Rudofsky, Esq. (Via Electronic Mail)

5/20/08 — I grant this request.

Douglas F. Eaton

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED

MEMO ENDORSED