UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
:
EVART ENTERPRISES, INC.,                : 07 CIV. 5441 (DLC)
:
        Plaintiff,              : ORDER
:
   -v-                                  :
:
GENTLEMEN'S VIDEO, INC., MICHAEL         :
ESPOSITO, individually and in his       :
corporate capacity, and SCOTT ESPOSITO, :
individually and in his corporate       :
capacity,                               :
:
        Defendants.             :
:
----------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-4-08
```

DENISE COTE, District Judge:

    For the reasons set forth in plaintiff's July 31, 2008 letter regarding the September 15, 2008 trial ready calendar, it is hereby

    ORDERED that the case is moved to the October 6 trial ready calendar.

Dated:    New York, New York
          August 4, 2008

                                      _____
                                        DENISE COTE
                            United States District Judge