UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
EVART ENTERPRISES, INC.,                :   07 CIV. 5441 (DLC)
                                        :
            Plaintiff,                  :   ORDER
                                        :
      -v-                               :
                                        :
GENTLEMEN'S VIDEO, INC., MICHAEL        :
ESPOSITO, individually and in his       :
corporate capacity, and SCOTT ESPOSITO, :
individually and in his corporate       :
capacity,                               :
                                        :
            Defendants.                 :
                                        :
----------------------------------------X

DENISE COTE, District Judge:

    ORDERED that the September 5, 2008 final pretrial conference is cancelled.

Dated:   New York, New York
         August 6, 2008

                              _____
                                       DENISE COTE
                              United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/7/08