```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
EVART ENTERPRISES, INC.,                 :
                                         :   07 CIV. 5441 (DLC)
                    Plaintiff,           :
                                         :   SCHEDULING ORDER
        -v-                              :
                                         :
GENTLEMEN'S VIDEO, INC., MICHAEL         :
ESPOSITO, individually and in his        :
corporate capacity, and SCOTT ESPOSITO,  :
individually and in his corporate        :
capacity,                                :
                                         :
                    Defendants.          :
----------------------------------------X
```

[Stamp: USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 8/11/08]

DENISE COTE, District Judge:

    IT IS HEREBY ORDERED that the case is placed on the **October 6, 2008** trial ready calendar. You must be ready to proceed on 24 hours notice. You may contact the Deputy Clerk, Gloria Rojas, to learn where your case stands on the calendar.

    IT IS FURTHER ORDERED that the following procedures shall govern the conduct of the trial.

1. All exhibits must be pre-marked.

2. At the start of the trial each party will present the Court with three copies of a complete exhibit list. The exhibits should include expert reports, and any charts or summaries of evidence.

3. Counsel should be available every day at 9:00 a.m. (except for the first day of trial) in order to discuss with the Court any legal or evidentiary issues expected to arise during the day.

4. Testimony will generally be taken between 9:30 and 5:00 from Monday through Thursday. There will be a mid-morning, a mid-afternoon and a lunch break from 12:45 to 2:00 p.m.

5. Counsel should make certain that they have custody of all original exhibits. The Court does not retain them and the Clerk is not responsible for them.

Dated:    New York, New York
           August 11, 2008

                                  _____
                                    DENISE COTE
                           United States District Judge