```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
EVART ENTERPRISES, INC.,                 :
                                         :   07 CIV. 5441 (DLC)
                 Plaintiff,              :
                                         :        ORDER
      -v-                                :
                                         :
GENTLEMEN=S VIDEO, INC., MICHAEL         :
ESPOSITO, individually and in his        :
corporate capacity, and SCOTT ESPOSITO,  :
individually and in his corporate        :
capacity,                                :
                                         :
                 Defendants.             :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

   IT IS HEREBY ORDERED that the parties are instructed to contact the chambers of Magistrate Judge Eaton prior to **August 15, 2008,** in order to pursue settlement discussions under his supervision.

Dated:   New York, New York
         August 12, 2008

                                    _____
                                              DENISE COTE
                                       United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/13/08