UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

EVART ENTERPRISES, INC.,

             Plaintiff,

    -v-

GENTLEMEN'S VIDEO, INC., MICHAEL ESPOSITO, individually and in his corporate capacity, and SCOTT ESPOSITO, individually and in his corporate capacity,

             Defendants.

------------------------------------------------------------------X

07 CIV. 5441 (DLC) (DFE)*

ORDER OF
REFERENCE TO A
MAGISTRATE JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/13/08

DENISE COTE, District Judge:

    The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

\_\_\_  General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

\_\_\_  Specific Non-Dispositive Motion/Dispute*

_____

_____

    If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

X  Settlement*

\_\_\_  Inquest After Default/Damages Hearing

\_\_\_  Consent under 28 U.S.C. Section 636(c) for all purposes (including trial)

\_\_\_  Consent under 28 U.S.C. Section 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction

Purpose: _____

\_\_\_  Habeas Corpus

\_\_\_  Social Security

\_\_\_  Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion: _____

_____

\*  Do not check if already referred for general pretrial.

**SO ORDERED**:

DATED:  New York, New York
           August 12, 2008

                                                       DENISE COTE
                                        United States District Judge